UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| AMERICAN ZURICH INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>J. CRISMAN PALMER and GUNDERSON, PALMER, NELSON & ASHMORE, LLP,<br><br>Defendants. | Case No. 20-cv-5026<br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER** |

The parties jointly move to amend the Scheduling Order (Dkt. 27 and 35). Based upon the availability of the attorneys and remaining necessary discovery, the parties agree that there is good cause, and the parties request that the Court enter a Scheduling Order providing the following deadlines:

1. The identity of and reports from retained experts under Rule 26(a)(2) will be due from plaintiff by June 3, 2022, and from defendant by July 15, 2022; any supplementations thereto under Rule 26(e) will be due twenty days prior to trial. Disclosures and reports under Rule 26(a)(2) are not filed with the clerk. Any expert not so designated will not be permitted to testify at trial.

2. All discovery, including expert discovery, will by commenced to be completed on or before August 12, 2022.

3. All motions, other than motions in limine, together with supporting briefs, will be filed and served on or before September 16, 2022.

1

Dated this 29th day of December, 2021.

                                                                               /s/
Thomas J. Welk
Jason R. Sutton
David J. Hieb
BOYCE LAW FIRM, L.L.P.
300 S. Main Avenue
P.O. Box 5015
Sioux Falls, SD 57117-5015
(605) 336-2424
tjwelk@boycelaw.com
jrsutton@boycelaw.com
djhieb@boycelaw.com
*Attorneys for the Lawyer Defendants*

Dated this 29th day of December, 2021.

*[signature]*

Stephen E. Doohen
Whitfield & Eddy, P.L.C.
699 Walnut Street. Suite 2000
Des Moines, Iowa 50309
(515) 288-6041
Doohen@whitfieldlaw.com
*Attorney for the Plaintiff*