UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| AMERICAN ZURICH INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>              Plaintiffs,<br><br>    vs.<br><br>J. CRISMAN PALMER and GUNDERSON, PALMER, NELSON & ASHMORE, LLP,<br><br>              Defendants. | 5:20-CV-05026-KES<br><br><br>AMENDED SCHEDULING ORDER |

The parties jointly move to extend deadlines in the court's scheduling order. Good cause appearing, it

ORDERED that the parties' motion (Docket 44) is granted, and the following deadlines will apply:

1. All discovery, including expert discovery, will be commenced in time to be completed by December 31, 2022.

2. The identity of and reports from retained experts under Rule 26(a)(2) will be due from plaintiffs by October 1, 2022, and from defendants by November 1, 2022; any supplementations thereto under Rule 26(e) will be due twenty days prior to trial. The identify of and reports from rebuttal experts will be due from plaintiffs by December 1, 2022.

Disclosures and reports under Rule 26(a)(2) are not filed with the clerk. Any expert not so designated will not be permitted to testify at trial.

3. All motions, other than motions in limine, together with supporting briefs, will be filed and served on or before February 1, 2023. Opposing parties will file and serve answering materials and briefs within 21 days. Reply briefs will be filed and served within 14 days.

4. All other provisions of the court's scheduling order remain in effect unless specifically modified herein.

Dated July 27, 2022.

                BY THE COURT:

                /s/ *Karen E. Schreier*
                KAREN E. SCHREIER
                UNITED STATES DISTRICT JUDGE