UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| AMERICAN ZURICH INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>J. CRISMAN PALMER and GUNDERSON, PALMER, NELSON & ASHMORE, LLP,<br><br>Defendants. | Case No. 20-cv-5026<br><br>**NOTICE OF WITHDRAWAL** |

NOTICE IS HEREBY GIVEN that Thomas J. Welk withdraws as counsel for the Defendants as of the date of this notice.

Dated this 20th day of December, 2022.

/s/ *Thomas J. Welk*
Thomas J. Welk
Jason R. Sutton
BOYCE LAW FIRM, LLP
300 S. Main Avenue/P.O. Box 5015
Sioux Falls, SD 57117-5015
(605) 336-2424
tjwelk@boycelaw.com
jrsutton@boycelaw.com
Attorneys for Defendants