| | |
|---|---|
| **From:** | Cris Palmer |
| **To:** | Kristi Wood; Karen Fonseca |
| **Subject:** | Fwd: Retention: Joseph E. Leichtnam v. American Zurich Insurance Company |
| **Date:** | Thursday, March 26, 2015 8:28:14 AM |
| **Attachments:** | EXTERNAL GUIDELINES 2014.06.10.pdf |
| | ATT00001.htm |
| | REVISED CSC Instructions for External Counsel 2013.08.01.pdf |
| | ATT00002.htm |
| | NEW Zurich Corporate Law Merrill Scheduling Info and FAQ V2 2013.05.17.pdf |
| | ATT00003.htm |
| | W-9.pdf |
| | ATT00004.htm |

Sent from my iPhone

Begin forwarded message:

**From:** USZ_Corporate_Law_Billinginquiries <corporate.law.billinginquiries@zurichna.com>
**Date:** March 26, 2015 at 9:10:58 AM CDT
**To:** <CPalmer@gpnalaw.com>
**Cc:** USZ_Corporate_Law_Billinginquiries <corporate.law.billinginquiries@zurichna.com>, "Lynn L. Goucher" <lynn.goucher@zurichna.com>, <dawn.wagner@zurichna.com>
**Subject: Retention: Joseph E. Leichtnam v. American Zurich Insurance Company**

This email contains important information for both Zurich's external counsel and their billing department. Please forward this email to the billing manager at your firm.

Zurich Corporate Law Attorney: Dawn Wagner
Zurich Matter Name: Joseph E. Leichtnam v. American Zurich Insurance Company
Zurich Matter (CSC) ID: 5775794
External Counsel Name: Cris Palmer of Gunderson, Palmer, Nelson, Ashmore

Thank you for agreeing to represent one or more of the member companies of Zurich North America in the above referenced matter. This email shall confirm your retention by Zurich Corporate Law.

In conducting your representation, please ensure that you follow the attached ZNA Corporate Law Guidelines for External Counsel. The Guidelines describe the terms governing our engagement of your services and detail our billing requirements, including monthly invoicing and expense reimbursement. Zurich expects its external counsel to use good judgment in managing the number of hours charged to Zurich engagements by each attorney



ZURICH(2) 003009