UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| AMERICAN ZURICH INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>J. CRISMAN PALMER and GUNDERSON, PALMER, NELSON & ASHMORE, LLP,<br><br>　　　　Defendants. | Case No. 20-cv-5026<br><br>**NOTICE OF APPEARANCE** |

　　　Notice is given that the undersigned attorney appears as attorney of record for Defendants J. Crisman Palmer and Gunderson, Palmer, Nelson & Ashmore, LLP in this action.

　　　Dated this 2nd day of February, 2023.

　　　　　　　　　　　　　　　　　　/s/　　　Kristin N. Derenge
　　　　　　　　　　　　　　　　　　Kristin N. Derenge
　　　　　　　　　　　　　　　　　　BOYCE LAW FIRM, L.L.P.
　　　　　　　　　　　　　　　　　　300 S. Main Avenue
　　　　　　　　　　　　　　　　　　P.O. Box 5015
　　　　　　　　　　　　　　　　　　Sioux Falls, SD 57117-5015
　　　　　　　　　　　　　　　　　　(605) 336-2424
　　　　　　　　　　　　　　　　　　knderenge@boycelaw.com
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*