# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN ZURICH INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> J. CRISMAN PALMER and GUNDERSON, PALMER, NELSON & ASHMORE, LLP, <br><br> Defendants. | Case No. 20-cv-5026 <br><br> **ATTORNEY DEFENDANTS' MOTION TO SEAL EXISTING DOCUMENTS** |

Defendants, J. Crisman Palmer and Gunderson, Palmer, Nelson & Ashmore, LLP (collectively "the Attorney Defendants"), through their undersigned attorneys, respectfully move to seal existing exhibits attached to the Affidavit of Kristin N. Derenge Dated February 1, 2023 (Dkt. 55) with the following identification attachment numbers: 55-11 (Exhibit 8); 55-40 (Exhibit 64); 55-41 (Exhibit 65); and 55-42 (Exhibit 67) pursuant to D.S.D. LR 7.1 and the protective order filed in this case. Attorney Defendants request the sealing of such exhibits because they contain confidential medical information.

Dated this 3rd day of February, 2023.

                                             */s/* Kristin N. Derenge
                                             Jason R. Sutton
                                             Kristin N. Derenge
                                             BOYCE LAW FIRM, LLP
                                             300 S. Main Avenue/P.O. Box 5015
                                             Sioux Falls, SD 57117-5015
                                             (605) 336-2424
                                             knderenge@boycelaw.com
                                             jrsutton@boycelaw.com
                                             Attorneys for Defendants