1

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

AMERICAN ZURICH INSURANCE
COMPANY and ZURICH AMERICAN
INSURANCE COMPANY,

     Plaintiffs,

vs.                                                Case No. 20-cv-5026

J. CRISMAN PALMER and GUNDERSON,
PALMER, NELSON & ASHMORE, LLP,

     Defendants.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

 Deposition via Zoom of:  COLIN F. CAMPBELL
                     Date:  December 19, 2022
                     Time:  2:16 p.m.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

APPEARANCES

Scott R. Hoyt
Pia Hoyt, LLC
Salt Lake City, Utah

    Attorney for the Plaintiffs

Jason R. Sutton
Boyce Law Firm, LLP
Sioux Falls, South Dakota

    Attorney for the Defendants


REPORTED BY:    Audrey M. Barbush, RPR

Colin F. Campbell - December 19, 2022

6

```
 1   A    I am.
 2   Q    In what states are you licensed?
 3   A    I'm licensed in states -- in Arizona and in California.
 4        I'm licensed in different federal courts.
 5   Q    Have you ever appeared in any proceedings in
 6        South Dakota pro hac vice?
 7   A    No.
 8   Q    Have you ever been licensed in the state of
 9        South Dakota?
10   A    No.
11   Q    Have you ever been to South Dakota?
12   A    Yes.  I've been through Sioux Falls.
13   Q    What brought you to Sioux Falls?
14   A    My wife and I have several children, and my wife, on
15        one of our vacations, wanted to bring our girls to the
16        Little House on the Prairie sites, and one of those
17        sites is in South Dakota.  I think we drove across
18        South Dakota from Sioux Falls in the east all the way
19        over to Pierre and Rapid City on the west.  And I can't
20        remember the particular name of the town, somewhere in
21        the middle of the state we went to, which had the
22        particular Little House on the Prairie site she was
23        interested in.
24   Q    Approximately how long ago was that?
25   A    Oh, gosh.  That would have been between 1990 and 1995.
```

**EXHIBIT 1**

| | | |
|---|---|---|
| 1 | | represent Zurich in claims direct to them over the last |
| 2 | | couple years? |
| 3 | A | No, I don't. |
| 4 | Q | Would you consider Zurich to be a client of the law |
| 5 | | firm? |
| 6 | A | No.  I could run a conflict check if you would like, |
| 7 | | but I don't -- to my knowledge -- I mean, if something |
| 8 | | came across the board on a conflict, I wouldn't think |
| 9 | | we'd have a conflict.  And I don't think we've |
| 10 | | represented them. |
| 11 | Q | As part of your experience in private practice, have |
| 12 | | you appeared as counsel of record defending any bad |
| 13 | | faith cases? |
| 14 | A | You have to understand that in most all contract cases, |
| 15 | | there's an allegation of breach of the duty of good |
| 16 | | faith and fair dealing, and I have done contract |
| 17 | | defense cases.  So I'm sure there's some allegations of |
| 18 | | bad faith and fair dealing in contract cases.  In terms |
| 19 | | of insurance bad faith, I can recall suing an insurance |
| 20 | | company for bad faith and fair dealing.  But I do both |
| 21 | | plaintiff and defense work, and nothing else comes to |
| 22 | | mind. |
| 23 | Q | The plaintiffs case which you were referring to, do you |
| 24 | | recall approximately when that was? |
| 25 | A | Within the last three years. |

| | | |
|---|---|---|
| 1 | Q | Do you recall who the insurance carrier was that you |
| 2 | | were suing? |
| 3 | A | Yes.  I think its initials were USIC.  They provide |
| 4 | | insurance in construction defect cases, and I believe I |
| 5 | | was representing a contractor on a first-party bad |
| 6 | | faith claim against USIC. |
| 7 | Q | Was that actually an action that was filed in court? |
| 8 | A | Yes.  It was a federal action here in the district of |
| 9 | | Arizona. |
| 10 | Q | Is that matter still pending? |
| 11 | A | No.  It settled. |
| 12 | Q | So is that the only case you can recall being counsel |
| 13 | | of record in which there were allegations of insurance |
| 14 | | bad faith? |
| 15 | A | No.  I'm just thinking of the more recent past.  I had |
| 16 | | a Damron case, which is a case where an insurance |
| 17 | | company failed to defend an insured.  We got a Damron |
| 18 | | agreement and then sued the insurance company for a |
| 19 | | judgment we had obtained. |
| 20 | Q | Is that essentially an assignment of the bad faith |
| 21 | | case? |
| 22 | A | Yes.  It's basically an assignment of the bad faith |
| 23 | | case.  They're called Damron agreements in Arizona.  I |
| 24 | | think in other states they're maybe called Mary Carter |
| 25 | | agreements. |

Colin F. Campbell - December 19, 2022

10

1 You know, I've been back in practice for 15 years.
2 If I were to go through everything I've done, I'm sure
3 I'd run across some bad faith cases, but nothing comes
4 to mind right now.
5 Q At any time do you recall ever being engaged by an
6 insurance company as defense counsel to defend a bad
7 faith case?
8 A Nothing comes to mind right now. I consult on a
9 variety of cases here in the office, as I'm one of the
10 more senior attorneys. So if there's cases heading to
11 trial, it's not usual for people to consult with me
12 about them.
13 Q Prior to your engagement in this matter, did you know
14 Mr. Hoyt?
15 A I had one other case where I was an expert witness for
16 Zurich. I believe Mr. Hoyt was the attorney on that
17 case.
18 Q What was the nature of that case?
19 A Well, I'm going to have to -- I'd have to go back and
20 review the records. One of my partners, Mr. Mark
21 Harrison, was the expert witness on the case. And then
22 Mr. Harrison passed away, and the representation came
23 to me. And I remember reviewing the case and adopting
24 the same opinions Mr. Harrison had. My recollection
25 is, though, is that the case settled pretty quickly.

Colin F. Campbell - December 19, 2022

11

```
1   Q    Do you recall the nature of the legal claims that were
2        at issue in that case?
3   A    Not off the top of my head.  If you want me to, I can
4        go to my electronic file and see if I can find it.
5   Q    Let me ask it this way.  Was it a legal malpractice
6        case?
7   A    You know, I don't even recall that right now, but I can
8        go into my electronic file and see if I can find it.
9   Q    We can maybe do that at a break.
10           Other than your working on that matter previously
11       in which Mr. Hoyt was counsel, do you recall any other
12       experiences you've had with him professionally?
13  A    No.
14  Q    How about personally?
15  A    No.  We've only talked on the phone, and I think this
16       is the first time I've seen him face to face, on Zoom.
17  Q    So there's this case.  You mentioned a previous Zurich
18       matter in which another lawyer in your firm was
19       involved and you adopted his opinions.  Are there any
20       other cases in which you've been engaged as an expert
21       witness?
22  A    For any person or just for Zurich?
23  Q    For any purpose, by anyone.
24  A    Yes.  You know, given my age and the fact I'm a former
25       judge, I'm retained from time to time as an expert
```

1      witness on various issues.
2   Q  Do you recall whether your retention in any of those
3      other cases involved allegations of bad faith by an
4      insurance company?
5   A  I don't recall that.  I've been retained to discuss the
6      reasonableness of attorney fees.  I've been retained to
7      testify with respect to the standard of care for
8      lawyers.  I think I recall being retained once early on
9      since I came back into private practice on a malicious
10     prosecution case.  But various issues.
11  Q  Has any court ever excluded any of the opinions that
12     you proffered?
13  A  No.
14  Q  Have you ever testified live at a trial?
15  A  I testified at a bench trial.  When you say "live," I
16     assume that includes via Zoom.  It was a case that took
17     place during the pandemic, and I testified by Zoom.
18     I've testified at an arbitration hearing.  Other than
19     that, I think most of the cases I've had either settled
20     or I submitted affidavits.
21  Q  Do you recall being deposed in any of the cases in
22     which you've been involved in which you did not testify
23     at trial?
24  A  Yes.
25  Q  Let me ask this:  Have you ever testified at either a

```
 1   Q    Looking at page 2 of your report, continuing through
 2        page 6, there are 79 individual documents that are
 3        referenced as having been reviewed.
 4             My first question is, do you recall reviewing
 5        anything else in forming your opinions other than those
 6        items?
 7   A    There are 79 items listed here.  I don't recall
 8        reviewing anything else, but I haven't sat down and
 9        compared this list with everything I have in this
10        notebook in front of me.
11   Q    And in fairness, I'll acknowledge that this list does
12        not include Mr. Hieb's expert disclosure because that
13        was provided after your report.  I assume you've
14        reviewed that.
15   A    Yes, I have.
16   Q    Other than Mr. Hieb's expert disclosure, do you recall
17        reviewing any other documents after you prepared your
18        report in this case?
19   A    I just don't recall if anything came in after we did
20        our report.  I don't think so.
21   Q    The 79 individual documents, or groupings of documents,
22        on pages 2 to 6, have you personally reviewed all of
23        those documents?
24   A    I'm pretty sure most of them I have reviewed or
25        skimmed.  I put more emphasis on some rather than
```

|    |   |                                                                    |
|----|---|--------------------------------------------------------------------|
| 1  |   | Mr. Molinar in finalizing it.  Is there any other work             |
| 2  |   | that you performed in forming the opinions contained               |
| 3  |   | within Exhibit 115?                                                |
| 4  | A | Well, I've been through the report several times.  You             |
| 5  |   | know, things take place over time, and if there was --             |
| 6  |   | something comes up, I'd need to review the materials to            |
| 7  |   | refresh my recollection.                                           |
| 8  |   |    I went back through all these materials in                     |
| 9  |   | preparation for my deposition.  If we had meetings                 |
| 10 |   | where I was going to be talking with the client, I                 |
| 11 |   | would have gone through materials to refresh my                    |
| 12 |   | recollection again.                                                |
| 13 |   |    So I haven't just looked at them one time, is what             |
| 14 |   | I'm suggesting.                                                    |
| 15 | Q | Is there any other work you recall performing in order             |
| 16 |   | to form your opinions in this matter?                              |
| 17 | A | I don't know what you mean by "any other work."                    |
| 18 | Q | You cite some legal resources in your opinion,                     |
| 19 |   | specifically the Rules of Professional Conduct as well             |
| 20 |   | as the Restatement (Third) of Lawyers; is that right?              |
| 21 | A | Correct.                                                           |
| 22 | Q | Is there any legal research that you performed other               |
| 23 |   | than the reference to the Rules of Professional Conduct            |
| 24 |   | and the Third Restatement of Lawyers?                              |
| 25 | A | I don't think in terms of legal research.  However, I              |

```
 1            have practiced for 45 years, and I have a great deal of
 2            experience with respect to a wide variety of cases.
 3            So, you know, I bring all of that into the opinions
 4            that I form, and work I've done in the past involves
 5            research with respect to the conduct of lawyers and
 6            what's expected of lawyers.  I sat on the State Bar
 7            Ethics Committee, the State Bar here in Arizona, in the
 8            1980s.  I was the chair of that committee.  When I was
 9            a judge, I believe I also sat on the judicial ethics
10            committee and taught judicial ethics.  I have a lot of
11            training and experience in what I believe goes into the
12            concept of the standard of care.
13      Q     The Rules of Professional Conduct that you cite in
14            those reports, is that the model rule of professional
15            conduct or is that the South Dakota specifically
16            adopted rule?
17      A     I would have to ask Mr. Molinar.  I didn't -- he
18            didn't -- I'm not aware of any substantial difference
19            with respect to the standard of care rules he's citing
20            between South Dakota and the rest of the country.
21      Q     Did you perform any South Dakota-specific research in
22            forming your opinions in this case?
23      A     No, I don't think so.  I've certainly read your
24            expert's report.
25      Q     Let's turn to page 6 of your report, please.
```

Colin F. Campbell - December 19, 2022

39

| | | |
|---|---|---|
| 1 | | reasonably, you have to prepare the case, you have to |
| 2 | | research the case, you have to keep your client |
| 3 | | informed of the case, all within the context of the |
| 4 | | particular circumstances of the case. |
| 5 | Q | Are you considering whether there are any |
| 6 | | South Dakota-specific aspects of the applicable |
| 7 | | standard of care in this case? |
| 8 | A | Well, the circumstances of every case are important, |
| 9 | | and from what I understand the particular South Dakota |
| 10 | | aspects, the locality, as your expert refers to it, has |
| 11 | | to do with this particular lawyer and how he practices. |
| 12 | Q | Would you agree with me that that's an appropriate |
| 13 | | consideration in evaluating the standard of care in |
| 14 | | this case? |
| 15 | A | Yes, I would. |
| 16 | Q | Did you speak with any South Dakota lawyers in |
| 17 | | preparation of your opinions in this matter? |
| 18 | A | No. |
| 19 | Q | Now, as I understand it, one of your opinions is that |
| 20 | | Attorney Palmer fell below the standard of care in |
| 21 | | failing to plead certain affirmative defenses in this |
| 22 | | case.  Is that true? |
| 23 | A | I think you misstated it. |
| 24 | Q | Okay.  Correct me. |
| 25 | A | My opinion -- I'm sorry? |

**EXHIBIT 1**