# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH E. LEICHTNAM, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN ZURICH INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, AND ZURICH NORTH AMERICA <br><br> Defendants. | Case No. 5:15-cv-05012-JLV <br><br> **ZURICH'S MOTION FOR LEAVE TO FILE AN AMENDED ANSWER AND AFFIRMATIVE DEFENSES** |

Defendants, American Zurich Insurance Company ("AZIC") and Zurich American Insurance Company ("ZAIC"), move for this Court to enter an order granting them leave to file an Amended Answer and Affirmative Defenses to Plaintiff's Complaint, and deem the amendment filed as of the date of this Motion for Leave. The grounds for this Motion are stated in the accompanying brief. A copy of the proposed Amended Answer and Affirmative Defenses is attached hereto as **Exhibit 1** with proposed amendments highlighted pursuant to D.S.D. Civ. LR 15.1.

AZIC is the legal entity that issued the workers' compensation liability policy at issue in Plaintiff's Complaint and ZAIC performed certain administrative functions in connection to Plaintiff's claim for workers' compensation benefits, such that they are proper party defendants to respond to Plaintiff's Complaint. "Zurich North America" is merely a trade style used by ZAIC and its affiliates. Thus, "Zurich North America" is not a legal entity or a proper party. However, if and to the extent that the Court might consider "Zurich North America" to be a proper party to respond to Plaintiff's Complaint, then this Motion should be deemed filed on behalf of "Zurich North America," as well.


EXHIBIT 10

302438536v2 1005347
GPNA000597

**EXHIBIT 6**

**WHEREFORE**, Defendants respectfully request that this Court grant this Motion along with any other further relief that this Court deems just and appropriate under the circumstances.

Dated: September 7, 2018

GUNDERSON, PALMER, NELSON, & ASHMORE, LLP

By: /s/ *J. Crisman Palmer*
Counsel for Defendants, American Zurich Insurance Company, Zurich American Insurance Company, and Zurich North America

James M. Hofert
Conrad C. Nowak
Paris B. Glazer
Hinshaw & Culbertson LLP
151 N. Franklin, Suite 2500
Chicago, Illinois 60606
Phone: (312) 704-3000
jhofert@hinshawlaw.com
cnowak@hinshawlaw.com
pglazer@hinshawlaw.com

J. Crisman Palmer
Gunderson, Palmer, Nelson, & Ashmore, LLP
P.O. Box 8045
Rapid City, South Dakota 57709
Phone: (605) 342-1078
cpalmer@gpnalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on September 7, 2018, I caused the above pleading to be electronically filed with the Clerk of the Court through the CM/ECF system with an electronic copy to be sent to all counsel of record.

/s/ *J. Crisman Palmer*

J. Crisman Palmer

302438536v2 1005347
GPNA000598

**EXHIBIT 6**