UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| AMERICAN ZURICH INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>J. CRISMAN PALMER and GUNDERSON, PALMER, NELSON & ASHMORE, LLP,<br><br>Defendants. | Case No. 20-cv-5026<br><br>**AFFIDAVIT OF KRISTIN N. DERENGE DATED MARCH 8, 2023** |

STATE OF SOUTH DAKOTA )
:ss
COUNTY OF MINNEHAHA )

1. I am one of the attorneys representing the Defendants, J. Crisman Palmer and Gunderson, Palmer, Nelson & Ashmore, LLP, in the above-captioned matter.

2. The attachments to this affidavit are deposition transcripts and deposition exhibits in this matter. For the Court's ease of reference, the exhibits continue the same numbering as their numbering during the depositions.

3. Attached hereto as **Exhibit G** is a true and accurate copy of the excerpts of the additional relevant portions of the deposition transcript of Mike Abourezk in the above-entitled matter.

4. Attached hereto as **Exhibit H** is a true and accurate copy of the excerpts of the additional relevant portions of the deposition transcript of Bill Fuller in the above-entitled matter.

1

Dated this 8th day of March, 2023.

_____
Kristin N. Derenge

Subscribed and sworn to before me
this 8th day of March, 2023.

_____
Notary Public – South Dakota
My commission expires: 6/9/2024

TRICIA ANN JOHNSON
SEAL  NOTARY PUBLIC  SEAL
SOUTH DAKOTA

2